**McKENNA LONG & ALDRIDGE LLP**
230 Park Avenue
New York, New York 10169
Telephone: (212) 905-8300
Facsimile: (212) 922-1819
Christopher F. Graham

**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Alison Elko Franklin
David E. Gordon

*Counsel for Debtor Suffolk Regional*
*Off-Track Betting Corporation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUFFOLK REGIONAL OFF-TRACK<br>BETTING CORPORATION,<br><br>                      Debtor. | Chapter 9<br><br>Case No. 12-43503-CEC |

### NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on October 31, 2014 the United States Bankruptcy Court for the Eastern District of New York (the "Court") entered its Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Plan for the Adjustment of Debts of Suffolk Regional Off-Track Betting Corporation [Docket No. 326] (the "Confirmation Order"). A copy of the Confirmation Order is attached hereto as "**Exhibit 1**".

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order and the Second Amended Plan for the Adjustment of Debts of Suffolk

Regional Off-Track Betting Corporation dated September 11, 2014 [Docket No. 318-1] (the "Plan"), the Effective Date of the Plan occurred on October 31, 2014.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order and Plan, the Debtor has assumed the Assumed Contracts listed on the Schedule of Assumed Contracts appended to the Plan effective as of October 31, 2014.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing claims arising from the rejection of any executory contracts or unexpired leases shall be the later of: (1) December 1, 2014; or (2) the effective date of the rejection of such executory contract or unexpired lease. Any such claims shall be filed with The Garden City Group, Inc. ("GCG") and served on counsel to the Debtor in the manner set forth in Article VII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing all requests for compensation or reimbursement of Administrative Claims not already filed shall be ninety (90) days after the mailing of this Notice. Any such claims shall be filed with GCG and served on counsel to the Debtor in the manner set forth in Article VII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to change their address of record shall do so by filing with the Court with the Court a Notice of Change of Address of Record. Any such notice shall be served on counsel to the Debtor in the manner set forth in Article VII of the Plan.

Dated: New York, New York
   November 4, 2014

                              **McKENNA LONG & ALDRIDGE LLP**

                              By:  */s/ Christopher F. Graham*
                                  Christopher F. Graham
                                  230 Park Avenue
                                  New York, New York 10169
                                  Telephone:  (212) 905-8300
                                  Facsimile:  (212) 922-1819
                                  E-mail:    cgraham@mckennalong.com

David E. Gordon
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
E-mail:      dgordon@mckennalong.com

*Counsel for Debtor Suffolk Regional*
*Off-Track Betting Corporation*