Hon. Carla E. Craig
United States Bankruptcy Court
271C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201

RE: <u>Suffolk County OTB Bankruptcy</u>

Dear Judge Craig:

I am a member of The Concerned Citizens of Suffolk County, a coalition of Islandia Residents, civic organizations and Residents of Suffolk County, whose mission is to educate and alert citizens of the evils that predatory gambling brings to a community.

I write to you hear the voice of the people and not permit the tiny Village of Islandia to destroy our quality of life by continuing its quest to allow Delaware North Corporation to open 1000 VTLs in the Islandia Marriott Hotel.

On behalf of the Residents of the communities surrounding the Islandia Marriott Hotel, our organization filed suit in State Supreme Court in Riverhead seeking to overturn the August 12, 2016 decision by the Village of Islandia granting an Assessory Use Permit to Delaware North, to operate an adult gambling facility in the Islandia Marriott Hotel. We believe that the Village of Islandia violated its own rules and procedures and ignored the rule of law and the will of the people. But, I will leave the merits of this lawsuit to our attorneys and the courts to dispense justice.

What I seek is your support in finding better ways to generate revenue to support government programs rather than continually allow predatory gambling schemes to pervade our society. Allowing OTB to continue to exist is a moral crime and economic disaster. In the long history of OTB's legislatively permitted existence, it never lived up to its promise of providing our citizens with economic relief from the burgeoning costs of educating our children. It is readily apparent that OTB's only ability is to provide income and pensions for its employees, while at the same time run up massive debt resulting in its bankruptcy filings. New York City mercifully allowed NYC OTB to die, and the New York State Legislature should follow NYC's lead.

Contrary to the belief that the 2013 amendment to New York State's Gambling Laws was a mandate from the people that they wanted casinos, few if any voters were aware of the language inserted by the now disgraced Dean Skelos into the bill that allowed for VTLs whether or not the Governor signed the bill into law.

Our form of governmental democracy was founded on the principle that the public business must be performed in an open and public manner to assure that the citizens are aware and informed of the deliberations and decisions that go into the making of public policy so they, the Citizens, can retain control over those who are their public servants.

It is truly unfortunate that Dean Skelos, Mayor Alan Dorman of Islandia and others of their ilk, use the public's trust and confidence as a vehicle to advance their private agendas, rather than provide for the public good.

I, therefore, implore you to consider the quality of life of the citizens directly affected by allowing Delaware North and OTB to continue to line its pockets at the expense of taxpayers. Please do not allow the continuation of government-sponsored gambling as a means of taxing the citizens of New York through predatory gambling schemes that destroy the quality of the lives of the people.

Very truly yours,