# U.S. Bankruptcy Court - Eastern District of New York
# Claims Register Report

### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 43** | | Admin | | |
| | **Creditor:** 6243 JERICHO REALTY CORP. | Secured | | |
| | 1762 CEDAR SWAMP RD. | Priority | | |
| | BROOKVILLE NY 11545 | Unsecured | $5,926.87 | |
| ***Filed Date:*** 12/20/2012 | | Total | $5,926.87 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:*

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 60** | | Admin | | |
| | **Creditor:** ALL AMERICAN HARDWARE | Secured | | |
| | 678 MOTOR PKWY | Priority | | |
| | HAUPPAUGE NY 11788 | Unsecured | $647.44 | |
| ***Filed Date:*** 01/19/2013 | | Total | $647.44 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:*

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 25** | | Admin | | |
| | **Creditor:** ALL AMERICAN MOBIL/GOODYEAR | Secured | | |
| | ATTN TIM KIRCHNER | Priority | | |
| | 700 MOTOR PARKWAY | Unsecured | $4,635.68 | |
| ***Filed Date:*** 11/30/2012 | HAUPPAUGE NY 11788 | Total | $4,635.68 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:*

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 75** | | Admin | | $0.00 |
| | **Creditor:** BALMORAL PARK | Secured | | $0.00 |
| | 8600 W. NORTH AVE | Priority | | $0.00 |
| | MELROSE PARK IL 60160 | Unsecured | $18,667.27 | |
| ***Filed Date:*** 01/25/2013 | | Total | $18,667.27 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 08/16/13 (Docket #188); filed POC# 75 in the amount of $18,667.27 withdrawn; scheduled claim of $15,962.86 survives.

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 7** | | Admin | | |
| | **Creditor:** BEULAH PARK | Secured | | |
| | ATTN EDEN R BUCHER ESQUIRE | Priority | | |
| | 3811 SOUTHWEST BLVD | Unsecured | $53,403.37 | |
| ***Filed Date:*** 06/21/2012 | GROVE CITY OH 43123 | Total | $53,403.37 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:*

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report

**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 34** | | Admin | | $0.00 |
| | *Creditor:* BEULAH PARK | Secured | | $0.00 |
| | ATTN EDEN R BUCHER, ESQ | Priority | | $0.00 |
| | 3811 SOUTHWEST BLVD | Unsecured | $53,403.37 | $0.00 |
| *Filed Date:* | GROVE CITY OH 43123 | Total | $53,403.37 | $0.00 |
| 06/21/2012 | | | | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 06/03/13 (Docket #168)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 77** | | Admin | | |
| | *Creditor:* BLACK BOX NETWORK SERVICES | Secured | | |
| | 21398 NETWORK PLACE | Priority | | |
| | CHICAGO IL 60673 | Unsecured | $2,089.50 | |
| *Filed Date:* | | Total | $2,089.50 | |
| 02/12/2013 | | | | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 83** | | Admin | | $0.00 |
| | *Creditor:* CHARLES TOWN PARK | Secured | | $0.00 |
| | ATTN EDEN R BUCHER, ESQ | Priority | | $0.00 |
| | 2755 CENTURY BLVD | Unsecured | $22,533.30 | $0.00 |
| *Filed Date:* | WYOMISSING PA 19610 | Total | $22,533.30 | $0.00 |
| 08/16/2013 | | | | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn (Docket #191)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 35** | | Admin | | $0.00 |
| | *Creditor:* CHARLES TOWN PARK | Secured | | $0.00 |
| | ATTN EDEN R BUCHER, ESQ | Priority | | $0.00 |
| | 2755 CENTURY BVLD | Unsecured | $27,806.37 | $0.00 |
| *Filed Date:* | WYOMISSING PA 19610 | Total | $27,806.37 | $0.00 |
| 06/21/2012 | | | | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 06/03/13 (Docket #169)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 84** | | Admin | | |
| | *Creditor:* CHARLES TOWN PARK | Secured | | |
| | ATTN EDEN R BUCHER, ESQ | Priority | | |
| | 2755 CENTURY BLVD | Unsecured | $22,533.30 | |
| *Filed Date:* | WYOMISSING PA 19610 | Total | $22,533.30 | |
| 08/27/2013 | | | | |
| | *Amends Claim No(s):* 3 | *Amended By Claim No:* | | |

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 3** | **Creditor:** CHARLES TOWN PARK ATTN EDEN R BUCHER ESQUIRE 2755 CENTURY BLVD WYOMISSING PA 19610 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| ***Filed Date:*** 06/21/2012 | | Unsecured | $27,806.37 | |
| | | Total | $27,806.37 | |
| ***Amends Claim No(s):*** | | ***Amended By Claim No:*** 84 | | |
| ***Note:*** | | | | |

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 13** | **Creditor:** CHESTER DOWNS & MARINA LLC DBA HARRAH'S PHILADELPHIA ATTN ROBERT G AISENSTEIN ESQ 777 HARRAH'S BLVD CHESTER  PA 19013 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| ***Filed Date:*** 08/27/2012 | | Unsecured | $29,013.86 | |
| | | Total | $29,013.86 | |
| ***Amends Claim No(s):*** | | ***Amended By Claim No:*** | | |
| ***Note:*** | | | | |

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 63** | **Creditor:** CHURCHILL DOWNS INCORPORATED C/O WYATT TARRANT & COMBS LLP ATTN DANIEL I WAXMAN 250 W MAIN ST STE 1600 LEXINGTON KY 40517 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| ***Filed Date:*** 01/23/2013 | | Unsecured | $18,779.02 | |
| | | Total | $18,779.02 | |
| ***Amends Claim No(s):*** | | ***Amended By Claim No:*** | | |
| ***Note:*** | | | | |

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 54** | **Creditor:** DAILY RACING FORM 800 CORPORATE CIRCLE, SUITE 201 HARRISBURG PA 17110 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| ***Filed Date:*** 01/16/2013 | | Unsecured | $173,101.20 | |
| | | Total | $173,101.20 | |
| ***Amends Claim No(s):*** | | ***Amended By Claim No:*** | | |
| ***Note:*** | | | | |

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 9** | **Creditor:** DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | Admin | | |
| | | Secured | | |
| | | Priority | $38.40 | |
| ***Filed Date:*** 07/10/2012 | | Unsecured | $3,885.60 | |
| | | Total | $3,924.00 | |
| ***Amends Claim No(s):*** | | ***Amended By Claim No:*** | | |
| ***Note:*** | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 44** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | | |
| | *Creditor:* | EAST ISLIP LUMBER COMPANY, INC.<br>33 WALL ST<br>EAST ISLIP NY 11730 | Admin | | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 12/24/2012 | | | Unsecured | $49.07 | |
| | | | Total | $49.07 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 53** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | | |
| | *Creditor:* | ELLIS PARK RACECOURSE INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN DANIEL I WAXMAN<br>250 W MAIN ST STE 1600<br>LEXINGTON KY 40507 | Admin | $11,826.46 | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 01/16/2013 | | | Unsecured | $7,810.37 | |
| | | | Total | $19,636.83 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* 88 | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 88** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | | |
| | *Creditor:* | ELLIS PARK RACECOURSE LLC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN DANIEL I WAXMAN<br>250 W MAIN ST STE 1600<br>LEXINGTON KY 40507 | Admin | | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 03/03/2015 | | | Unsecured | $19,636.83 | |
| | | | Total | $19,636.83 | |
| | *Amends Claim No(s):* 53 | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 50** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | | |
| | *Creditor:* | EVANGELINE DOWNS<br>ATTN DEL PERRY<br>2235 CRESWELL LANE EXT.<br>OPELOUSAS LA 70570 | Admin | | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 01/14/2013 | | | Unsecured | $11,592.05 | |
| | | | Total | $11,592.05 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 30** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | | |
| | *Creditor:* | FINGER LAKES RACING ASSOCIATION INC<br>C/O DUBIN & DUBIN LLP<br>ATTN MARVIN T DUBIN, ESQ<br>14 LAFAYETTE SQ STE 600<br>BUFFALO NY 14203 | Admin | | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 12/12/2012 | | | Unsecured | $491,907.54 | |
| | | | Total | $491,907.54 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 14** | | Admin | | |
| | Creditor: FLEETCOR TECHNOLOGIES | Secured | | |
| | 555 E AIRTEX DR | Priority | | |
| | HOUSTON TX 77073 | Unsecured | $10,514.96 | |
| **Filed Date:** 09/05/2012 | | Total | $10,514.96 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 67** | | Admin | | |
| | Creditor: FREEHOLD RACEWAY | Secured | | |
| | C/O DILWORTH PAXSON LLP | Priority | | |
| | ATTN MARTIN J WEIS ESQUIRE | Unsecured | $11,367.65 | |
| | 1500 MARKET ST 1500E | | | |
| **Filed Date:** 01/24/2013 | PHILADELPHIA PA 19102 | Total | $11,367.65 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 2** | | Admin | | |
| | Creditor: G E RICHARDS GRAPHIC SUPPLIES OF NEW JERSEY INC | Secured | | |
| | C/O HARTMAN UNDERHILL & BRUBAKER LLP | Priority | | |
| | ATTN ROBERT W PONTZ ESQUIRE | Unsecured | $5,917.72 | |
| | 221 E CHESTNUT ST | | | |
| **Filed Date:** 06/20/2012 | LANCASTER PA 17602 | Total | $5,917.72 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 78** | | Admin | | $0.00 |
| | Creditor: HARRAH'S BOSSIER CITY MANAGEMENT COMPANY LLC | Secured | | $0.00 |
| | DBA LOUISIANA DOWNS | Priority | | $0.00 |
| | C/O ROBERT G AISENSTEIN ESQ | Unsecured | $33,033.61 | $0.00 |
| | 8000 E TEXAS ST | | | |
| **Filed Date:** 12/11/2012 | BOSSIER CITY LA 71111 | Total | $33,033.61 | $0.00 |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: Claim Withdrawn 06/26/13 (Docket #175) | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 27** | | Admin | | |
| | Creditor: HARRAH'S BOSSIER CITY MANAGEMENT COMPANY LLC | Secured | | |
| | DBA LOUISIANA DOWNS | Priority | | |
| | C/O ROBERT G AISENSTEIN, ESQ | Unsecured | $33,033.61 | |
| | 8000 E TEXAS ST | | | |
| **Filed Date:** 12/10/2012 | BOSSIER CITY LA 71111 | Total | $33,033.61 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report

### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| **Claim # 29** | *Creditor:* | HAWTHORNE RACE COURSE | Secured | | |
| | | 3501 SOUTH LARAMIE AVE | Priority | | |
| | | CICERO IL 60804 | Unsecured | $54,993.82 | |
| *Filed Date:* | | | Total | $54,993.82 | |
| 12/12/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | $217,010.13  (Unliquidated) | |
| **Claim # 62** | *Creditor:* | HEARTLAND ASSOCIATES LLC | Secured | | |
| | | 1 EXECUTIVE DR | Priority | | |
| | | EDGEWOOD NY 11717 | Unsecured | $91,211.22 | |
| *Filed Date:* | | | Total | $308,221.35  (Unliquidated) | |
| 01/22/2013 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| **Claim # 37** | *Creditor:* | HOLLYWOOD PARK | Secured | | |
| | | 1050 S. PRAIRIE AVENUE | Priority | | |
| | | INGLEWOOD CA 90301 | Unsecured | $13,678.00 | |
| *Filed Date:* | | | Total | $13,678.00 | |
| 12/14/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| **Claim # 52** | *Creditor:* | JOAN BOHN | Secured | | |
| | | 4731 LINCOLN LANE WEST | Priority | | |
| | | ESTERO FL 33928 | Unsecured | $20,000.00 | |
| *Filed Date:* | | | Total | $20,000.00 | |
| 01/14/2013 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | $0.00 |
| **Claim # 28** | *Creditor:* | JOSEPH LUPOLI | Secured | | $0.00 |
| | | C/O ROSENBERG & GLUCK LLP | Priority | | $0.00 |
| | | ATTN MICHAEL BUFFA, ESQ. | | | |
| | | 1176 PORTION ROAD | Unsecured | $1,000,000.00 | $0.00 |
| *Filed Date:* | | HOLTSVILLE NY 11742 | Total | $1,000,000.00 | $0.00 |
| 12/11/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*  Claim Withdrawn 08/16/13 (Docket #189)

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 17** | | Admin | | |
| | Creditor: KEYSPAN GAS EAST CORP DBA NATIONAL GRID | Secured | | |
| | ATTN SUZANNE BRIENZA ESQ | Priority | | |
| | 15 PARK DR | Unsecured | $35,004.93 | |
| | MELVILLE NY 11747 | | | |
| **Filed Date:** 10/25/2012 | | Total | $35,004.93 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 55** | | Admin | | $0.00 |
| | Creditor: LAUREL/MARYLAND JOCKEY CLUB | Secured | | $0.00 |
| | P.O. BOX 130 | Priority | | $0.00 |
| | LAUREL MD 20725 | Unsecured | $16,808.87 | $0.00 |
| **Filed Date:** 01/16/2013 | | Total | $16,808.87 | $0.00 |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: Claim Withdrawn 07/31/13 (Docket #183) | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 61** | | Admin | | |
| | Creditor: LOCAL 237 TEAMSTERS-SUFFOLK REGIONAL OFF-TRACK | Secured | | |
| | BETTING CORP HEALTH & WELFARE TRUST FUND DBA | Priority | | |
| | TEAMSTERS LOCAL 237 SUFFOLK REGIONAL ET AL | | | |
| | ATTN RON GERMANA | Unsecured | $69,706.28 | |
| **Filed Date:** 01/21/2013 | 216 W 14TH ST | | | |
| | NEW YORK NY 10011 | Total | $69,706.28 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 18** | | Admin | | |
| | Creditor: LONG ISLAND LIGHTING COMPANY DBA LIPA | Secured | | |
| | ATTN SUZANNE BRIENZA ESQ | Priority | | |
| | 15 PARK DR | Unsecured | $53,897.59 | |
| | MELVILLE NY 11747 | | | |
| **Filed Date:** 10/25/2012 | | Total | $53,897.59 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 10** | | Admin | | |
| | Creditor: MAPLE HOLLOW NURSERY INC | Secured | | |
| | ATTN MR KENNETH LARSON | Priority | | |
| | 11 CATALPA DR | Unsecured | $23,075.00 | |
| | EAST NORTHPOINT NY 11731 | | | |
| **Filed Date:** 08/02/2012 | | Total | $23,075.00 | |
| | Amends Claim No(s): | | Amended By Claim No: | |
| Note: | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 76** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* MAYWOOD 8600 W. NORTH AVE MELROSE PARK IL 60160 | Secured | | |
| | | Priority | | |
| *Filed Date:* 01/25/2013 | | Unsecured | $33,593.64 | |
| | | Total | $33,593.64 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 90** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | $1,500,000.00  (Unliquidated) | |
| | *Creditor:* MCKENNA LONG & ALDRIDGE LLP ATTN CHRISTOPHER F GRAHAM, ESQ 230 PARK AVE STE 1700 NEW YORK NY 11201-1800 | Secured | | |
| | | Priority | | |
| *Filed Date:* 03/17/2015 | | Unsecured | | |
| | | Total | $1,500,000.00  (Unliquidated) | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 41** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* MONMOUTH 50 STATE RT 120 EAST RUTHERFORD NJ 07073 | Secured | | |
| | | Priority | | |
| *Filed Date:* 12/18/2012 | | Unsecured | $1,919.80 | |
| | | Total | $1,919.80 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 36** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | $0.00 |
| | *Creditor:* MOUNTAINEER PARK INC DBA MOUNTAINEER CASINO RACETRACK & RESORT ATTN LEGAL PO BOX 358 CHESTER WV 26034 | Secured | | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 06/15/2012 | | Unsecured | $7,071.08 | $0.00 |
| | | Total | $7,071.08 | $0.00 |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*  Claim Withdrawn 06/26/13 (Docket #174)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 4** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* MOUNTAINEER PARK INC D/B/A MOUNTAINEER CASINO RACETRACK & RESORT ATTN LEGAL PO BOX 358 CHESTER WV 26034 | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/15/2012 | | Unsecured | $7,071.08 | |
| | | Total | $7,071.08 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 22** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | $0.00 |
| | *Creditor:* NEW YORK COMMERCIAL BANK | Secured | $5,167,005.90 | $0.00 |
| | C/O CULLEN AND DYKMAN LLP | Priority | | $0.00 |
| | ATTN MATTHEW ROSEMAN ESQ | Unsecured | | $0.00 |
| | 100 QUENTIN ROOSEVELT BOULEVARD | | | |
| *Filed Date:* 11/28/2012 | GARDEN CITY NY 11530-4850 | Total | $5,167,005.90 | $0.00 |

*Amends Claim No(s):*    *Amended By Claim No:*

*Note:* Claim Withdrawn 05/28/13 (Docket #162)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 19** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* NEW YORK COMMERCIAL BANK | Secured | $5,167,005.90 | |
| | C/O CULLEN AND DYKMAN LLP | Priority | | |
| | ATTN MATTHEW ROSEMAN ESQ | Unsecured | | |
| | 100 QUENTIN ROOSEVELT BOULEVARD | | | |
| *Filed Date:* 11/09/2012 | GARDEN CITY NY 11530-4850 | Total | $5,167,005.90 | |

*Amends Claim No(s):*    *Amended By Claim No:*

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 91** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | $771,808.00  (Unliquidated) | |
| | *Creditor:* NEW YORK RACING ASSOCIATION INC | Secured | | |
| | C/O MR JOSEPH LAMBERT ESQ | Priority | | |
| | GENERAL COUNSEL | Unsecured | | |
| | 110-00 ROCKAWAY BLVD | | | |
| *Filed Date:* 03/19/2015 | JAMAICA NY 11417 | Total | $771,808.00  (Unliquidated) | |

*Amends Claim No(s):* 89    *Amended By Claim No:*

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 58** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* NEW YORK STATE AND LOCAL RETIREMENT SYSTEM | Secured | | |
| | C/O NYS OFFICE OF THE ATTORNEY GENERAL | Priority | | |
| | ATTN ENID NAGLER STUART | Unsecured | $3,698,089.00 | $3,510,386.00 |
| | 110 STATE STREET | | | |
| *Filed Date:* 01/18/2013 | ALBANY NY 12244-0001 | Total | $3,698,089.00 | $3,510,386.00 |

*Amends Claim No(s):* 48    *Amended By Claim No:*

*Note:* Allowed By Court Order Dated 03/16/15 (Docket #346)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 48** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* NEW YORK STATE AND LOCAL RETIREMENT SYSTEM | Secured | | |
| | C/O NYS OFFICE OF THE ATTORNEY GENERAL | Priority | | |
| | ATTN ENID NAGLER STUART | Unsecured | $2,823,044.00 | |
| | 110 STATE STREET | | | |
| *Filed Date:* 01/08/2013 | ALBANY NY 12244-0001 | Total | $2,823,044.00 | |

*Amends Claim No(s):*    *Amended By Claim No:* 58

*Note:*

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 1** | | Admin | | |
| | **Creditor:** NEW YORK STATE DEPARTMENT OF TAXATION | Secured | | |
| | AND FINANCE | Priority | $87,911.87 | |
| | BANKRUPTCY SECTION PO BOX 5300 | Unsecured | | |
| **Filed Date:** 06/06/2012 | ALBANY NY 12205-0300 | Total | $87,911.87 | |
| | **Amends Claim No(s):** | **Amended By Claim No:** 85 | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 82** | | Admin | | |
| | **Creditor:** NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Secured | | |
| | BANKRUPTCY SECTION | Priority | $87,876.22 | |
| | PO BOX 5300 | Unsecured | $1,987.67 | |
| **Filed Date:** 05/02/2013 | ALBANY NY 12205-0300 | Total | $89,863.89 | |
| | **Amends Claim No(s):** | **Amended By Claim No:** 85 | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 85** | | Admin | | |
| | **Creditor:** NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Secured | | |
| | BANKRUPTCY SECTION | Priority | $87,888.92 | |
| | PO BOX 5300 | Unsecured | $8,083.22 | |
| **Filed Date:** 12/16/2013 | ALBANY NY 12205-0300 | Total | $95,972.14 | |
| | **Amends Claim No(s):** 1, 46, 81, 82 | **Amended By Claim No:** | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 81** | | Admin | | |
| | **Creditor:** NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | Secured | | |
| | BANKRUPTCY SECTION | Priority | $98,131.12 | |
| | PO BOX 5300 | Unsecured | $3,243.54 | |
| **Filed Date:** 04/29/2013 | ALBANY NY 12205-0300 | Total | $101,374.66 | |
| | **Amends Claim No(s):** | **Amended By Claim No:** 85 | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 46** | | Admin | | |
| | **Creditor:** NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | Secured | | |
| | BANKRUPTCY SECTION | Priority | $113,341.22  (Unliquidated) | |
| | PO BOX 5300 | Unsecured | $7,603.00  (Unliquidated) | |
| **Filed Date:** 01/02/2013 | ALBANY  NY 12205-0300 | Total | $120,944.22  (Unliquidated) | |
| | **Amends Claim No(s):** | **Amended By Claim No:** 85 | | |
| **Note:** | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| Claim # 42 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | *Creditor:* NEW YORK STATE DEPT OF CIVIL SERVICE C/O NYS OFFICE OF THE ATTORNEY GENERAL ATTN ENID NAGLER STUART 120 BROADWAY 24TH FL NEW YORK NY 10271 | Secured | | |
| | | Priority | | |
| *Filed Date:* 12/19/2012 | | Unsecured | $489,880.05 | |
| | | Total | $489,880.05 | |

*Amends Claim No(s):* — *Amended By Claim No:*

Note:

| Claim # 21 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | *Creditor:* NORTHFIELD PARK ASSOCIATES 10705 NORTHFIELD RD PO BOX 374 NORTHFIELD OH 44067 | Secured | | |
| | | Priority | | |
| *Filed Date:* 11/26/2012 | | Unsecured | $10,495.32 | |
| | | Total | $10,495.32 | |

*Amends Claim No(s):* — *Amended By Claim No:*

Note:

| Claim # 80 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | *Creditor:* OFFICE DEPOT 6600 N MILITARY TRAIL - S416A BOCA RATON FL 33496 | Secured | | |
| | | Priority | | |
| *Filed Date:* 12/07/2012 | | Unsecured | $1,793.28 | |
| | | Total | $1,793.28 | |

*Amends Claim No(s):* — *Amended By Claim No:*

Note:

| Claim # 79 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | *Creditor:* OFFICE DEPOT 6600 N MILITARY TRAIL - S416A BOCA RATON FL 33496 | Secured | | |
| | | Priority | | |
| *Filed Date:* 12/07/2012 | | Unsecured | $1,048.24 | |
| | | Total | $1,048.24 | |

*Amends Claim No(s):* — *Amended By Claim No:*

Note:

| Claim # 8 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | *Creditor:* OK SAL REALTY INC C/O MEHDI AFATI 27 MELROSE RD DIX HILLS NY 11746 | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/25/2012 | | Unsecured | $38,925.00 | |
| | | Total | $38,925.00 | |

*Amends Claim No(s):* — *Amended By Claim No:*

Note:

**U.S. Bankruptcy Court - Eastern District of New York**
**Claims Register Report**
<u>12-43503 Suffolk Regional Off-Track Betting Corporation</u>
General Bar Date: 01/25/13

**Claim # 68**
Filed Date: 01/24/2013

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* PARX RACING
C/O DILWORTH PAXSON LLP
ATTN MARTIN J WEIS ESQUIRE
1500 MARKET ST 1500E
PHILADELPHIA PA 19102

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $104,695.80 | |
| Total | $104,695.80 | |

*Amends Claim No(s):*   *Amended By Claim No:*
*Note:*

**Claim # 5**
Filed Date: 06/21/2012

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* PENN NATIONAL PARK
ATTN EDEN R BUCHER ESQUIRE
2755 CENTURY BLVD
WYOMISSING PA 19610

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $18,767.26 | |
| Total | $18,767.26 | |

*Amends Claim No(s):*   *Amended By Claim No:*
*Note:*

**Claim # 32**
Filed Date: 06/21/2012

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* PENN NATIONAL PARK
ATTN EDEN R BUCHER, ESQ
2755 CENTURY BLVD
WYOMISSING PA 19610

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $18,767.26 | $0.00 |
| Total | $18,767.26 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*
*Note:* Claim Withdrawn 06/03/13 (Docket #166)

**Claim # 56**
Filed Date: 01/16/2013

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* PIMLICO
P.O. BOX 130
LAUREL MD 20725

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $3,489.88 | $0.00 |
| Total | $3,489.88 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*
*Note:* Claim Withdrawn 07/31/13 (Docket #182)

**Claim # 23**
Filed Date: 11/29/2012

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* PLAINRIDGE RACECOURSE
301 WASINGTON STREET
PLAINVILLE MA 02762

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $15,484.11 | $0.00 |
| Total | $15,484.11 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*
*Note:* Claim Withdrawn 03/31/15 (Docket #349)

## U.S. Bankruptcy Court - Eastern District of New York
### Claims Register Report
**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| | | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | Admin | | |
| **Claim # 66** | *Creditor:* | PPI INC | | Secured | | |
| | | POMPANO PARKING RACING & CASINO | | Priority | | |
| | | ATTN KATHLEEN J TERREU PMW ACCOUNTING MANAGER 1800 SW THIRD ST | | Unsecured | $4,465.29 | |
| *Filed Date:* 01/24/2013 | | POMPANO BEACH FL 33069 | | Total | $4,465.29 | |
| | *Amends Claim No(s):* | | | *Amended By Claim No:* | | |
| *Note:* | | | | | | |

| | | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | Admin | | |
| **Claim # 51** | *Creditor:* | PRECISION ENVELOPE & PRINTING | | Secured | | |
| | | ATTN GIL COLOMBO | | Priority | | |
| | | 11 SAGAMORE RD. EAST NORWICH NY 11732 | | Unsecured | $3,286.60 | |
| *Filed Date:* 01/14/2013 | | | | Total | $3,286.60 | |
| | *Amends Claim No(s):* | | | *Amended By Claim No:* | | |
| *Note:* | | | | | | |

| | | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | Admin | | |
| **Claim # 86** | *Creditor:* | PRECISION ENVELOPE & PRINTING | | Secured | | |
| | | ATTN GIL COLUMBO | | Priority | | |
| | | 11 SAGAMORE RD EAST NORWICH NY 11732 | | Unsecured | $3,286.60 | |
| *Filed Date:* 03/01/2014 | | | | Total | $3,286.60 | |
| | *Amends Claim No(s):* | | | *Amended By Claim No:* | | |
| *Note:* | | | | | | |

| | | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | Admin | | |
| **Claim # 47** | *Creditor:* | REQUERDO CO | | Secured | | |
| | | C/O SOMER & HELLER LLP | | Priority | | |
| | | 2171 JERICHO TURNPIKE STE 350 COMMACK NY 11725 | | Unsecured | $72,699.24  (Unliquidated) | |
| *Filed Date:* 01/04/2013 | | | | Total | $72,699.24  (Unliquidated) | |
| | *Amends Claim No(s):* | | | *Amended By Claim No:* | | |
| *Note:* | | | | | | |

| | | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|---|
| | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | | Admin | | |
| **Claim # 20** | *Creditor:* | ROBERTS COMMUNICATIONS NETWORK LLC | | Secured | | |
| | | 4175 CAMERON ST STE B-10 | | Priority | | |
| | | LAS VEGAS NV 89103 | | Unsecured | $58,009.46 | |
| *Filed Date:* 11/17/2012 | | | | Total | $58,009.46 | |
| | *Amends Claim No(s):* | | | *Amended By Claim No:* | | |
| *Note:* | | | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
### Claims Register Report
**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| **Claim # 65** | | Admin | | |
| *Creditor:* RONGRANT ASSOCIATES LLC | | Secured | | |
| C/O WILK AUSLANDER LLP | | Priority | | |
| ATTN ERIC J SNYDER ESQ | | Unsecured | $161,422.19 | |
| 1515 BROADWAY 43RD FL | | | | |
| *Filed Date:* NEW YORK NY 10036 | | Total | $161,422.19 | |
| 01/23/2013 | | | | |

*Amends Claim No(s):*                                    *Amended By Claim No:*

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| **Claim # 39** | | Admin | | $0.00 |
| *Creditor:* RONGRANT ASSOCIATES, LLC | | Secured | | $0.00 |
| ATTN: PAUL A. BREGMAN | | Priority | | $0.00 |
| 225 EXECUTIVE DR | | Unsecured | $160,316.06 | $0.00 |
| SUITE 302 | | | | |
| *Filed Date:* PLAINVIEW NY 11803 | | Total | $160,316.06 | $0.00 |
| 12/15/2012 | | | | |

*Amends Claim No(s):*                                    *Amended By Claim No:*

*Note:*  Claim Withdrawn 05/30/13 (Docket #164)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| **Claim # 40** | | Admin | | |
| *Creditor:* SARATOGA HARNESS RACING, INC. | | Secured | | |
| P.O. BOX 356 | | Priority | | |
| SARATOGA SPRINGS NY 12866 | | Unsecured | $5,160.31 | |
| *Filed Date:* | | Total | $5,160.31 | |
| 12/18/2012 | | | | |

*Amends Claim No(s):*                                    *Amended By Claim No:*

*Note:*

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| **Claim # 45** | | Admin | | $0.00 |
| *Creditor:* SHERWOOD 110 CORP. | | Secured | | $0.00 |
| 2580 HEMPSTEAD TPKE | | Priority | | $0.00 |
| EAST MEADOW NY 11554 | | Unsecured | $31,437.00  (Unliquidated) | $0.00 |
| *Filed Date:* | | Total | $31,437.00  (Unliquidated) | $0.00 |
| 01/02/2013 | | | | |

*Amends Claim No(s):*                                    *Amended By Claim No:*

*Note:*  Claim Withdrawn 02/25/15 (Docket #342)

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| **Claim # 71** | | Admin | | |
| *Creditor:* SPORTECH RACING LLC | | Secured | | |
| C/O CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO | | Priority | | |
| 5 BECKER FARM RD | | Unsecured | $237,382.92  (Unliquidated) | |
| ROSELAND  NJ 07068 | | | | |
| *Filed Date:* | | Total | $237,382.92  (Unliquidated) | |
| 01/25/2013 | | | | |

*Amends Claim No(s):*                                    *Amended By Claim No:*

*Note:*

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report

### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 87** | *Creditor:* STATE OF NEW YORK DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS BUILDING 12 ROOM 256 ALBANY NY 12240 | Admin | $940.50 | $0.00 |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 08/13/2014 | | Unsecured | | $0.00 |
| | | Total | $940.50 | $0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 02/17/15 (Docket #341)

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 16** | *Creditor:* STATE OF NEW YORK DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS BLDG 12, RM 256 ALBANY NY 12240 | Admin | | $0.00 |
| | | Secured | | $0.00 |
| | | Priority | $9,629.10 | $0.00 |
| *Filed Date:* 10/11/2012 | | Unsecured | | $0.00 |
| | | Total | $9,629.10 | $0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 06/18/13 (Docket #186)

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 70** | *Creditor:* STEWART AVENUE ASSOCIATES LLC C/O CERTILMAN BALIN ADLER & HYMAN LLP ATTN RICHARD J MCCORD ESQ 90 MERRICK AVE EAST MEADOW NY 11554 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 01/25/2013 | | Unsecured | $435,274.10 | |
| | | Total | $435,274.10 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 69** | *Creditor:* STEWART AVENUE ASSOCIATES LLC C/O CERTILMAN BALIN ADLER & HYMAN LLP ATTN RICHARD J MCCORD ESQ 90 MERRICK AVE EAST MEADOW NY 11554 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 01/25/2013 | | Unsecured | $261,864.31  (Unliquidated) | |
| | | Total | $261,864.31  (Unliquidated) | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 26** | *Creditor:* SUNLAND PARK RACETRACK AND CASINO RE: SUNLAND PARK 1200 FUTURITY DRIVE SUNLAND PARK NM 88063 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 12/03/2012 | | Unsecured | $45,606.14 | |
| | | Total | $45,606.14 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report

__12-43503 Suffolk Regional Off-Track Betting Corporation__

General Bar Date: 01/25/13

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:*  **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 49** | | Admin | | |
| | *Creditor:*  TEAMSTERS UNION LOCAL 237 | Secured | | |
| | INTERNATIONAL BROTHERHOOD OF TEAMSTERS | Priority | | |
| | C/O COHEN WEISS & SIMON LLP<br>ATTN RICHARD M SELTZER | Unsecured | Unliquidated | |
| *Filed Date:*<br>01/14/2013 | 330 W 42ND ST<br>NEW YORK NY 10036 | Total | Unliquidated | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:*  **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 31** | | Admin | | |
| | *Creditor:*  THE MEADOWS RACETRACK & CASINO | Secured | | |
| | 210 RACETRACK RD | Priority | | |
| | WASHINGTON PA 15301 | Unsecured | $6,590.87 | |
| *Filed Date:*<br>12/12/2012 | | Total | $6,590.87 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:*  **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 59** | | Admin | | |
| | *Creditor:*  THE NEW YORK RACING ASSOCIATION INC | Secured | | |
| | C/O AQUEDUCT RACETRACK | Priority | | |
| | ATTN PASQUALE VISCUSI ESQ<br>PO BOX 90 | Unsecured | $3,159,029.00 | |
| *Filed Date:*<br>01/18/2013 | JAMAICA NY 11417 | Total | $3,159,029.00 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:*  **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 89** | | Admin | $1,141,808.00  (Unliquidated) | |
| | *Creditor:*  THE NEW YORK RACING ASSOCIATION INC (NYRA) | Secured | | |
| | ATTN MR JOSEPH LAMBERT ESQ | Priority | | |
| | GENERAL COUNSEL<br>PO BOX 90 | Unsecured | | |
| *Filed Date:*<br>03/16/2015 | JAMAICA NY 11417 | Total | $1,141,808.00  (Unliquidated) | |
| *Amends Claim No(s):* | | *Amended By Claim No:* 91 | | |
| *Note:* | | | | |

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Claimed Debtor:*  **Suffolk Regional Off-Track Betting Corporation** | | | |
| **Claim # 12** | | Admin | | $0.00 |
| | *Creditor:*  THISTLEDOWN RACETRACK | Secured | | $0.00 |
| | ATTN: ROBERT G AISENSTEIN, ESQ | Priority | | $0.00 |
| | 21501 EMERY RD<br>NORTH RANDALL OH 44128 | Unsecured | $47,391.04 | $0.00 |
| *Filed Date:*<br>08/23/2012 | | Total | $47,391.04 | $0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:*  Claim Withdrawn 06/26/13 (Docket #176) | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 11** | | Admin | | |
| | **Creditor:** THISTLEDOWN RACETRACK | Secured | | |
| | ATTN ROBERT G AISENSTEIN, ESQ | Priority | | |
| | 21501 EMERY RD | Unsecured | $47,391.04 | |
| **Filed Date:** 08/11/2012 | NORTH RANDALL OH 44128 | Total | $47,391.04 | |
| **Amends Claim No(s):** | | **Amended By Claim No:** | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 74** | | Admin | | |
| | **Creditor:** TSG DEVELOPMENTS INVESTMENTS INC DBA | Secured | | |
| | THE STRONACH GROUP | Priority | | |
| | C/O ROSENBERG MARTIN GREENBERG LLP | | | |
| | ATTN JOSH BRADLEY | Unsecured | $111,538.28 | |
| **Filed Date:** 01/25/2013 | 25 S CHARLES ST 21ST FL BALTIMORE MD 21201 | Total | $111,538.28 | |
| **Amends Claim No(s):** | | **Amended By Claim No:** | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 73** | | Admin | | |
| | **Creditor:** TSG DEVELOPMENTS INVESTMENTS INC DBA | Secured | | |
| | THE STRONACH GROUP | Priority | | |
| | C/O ROSENBERG MARTIN GREENBERG LLP | | | |
| | ATTN JOSH BRADLEY | Unsecured | $9,736.87 | |
| **Filed Date:** 01/25/2013 | 25 S CHARLES ST 21ST FL BALTIMORE MD 21201 | Total | $9,736.87 | |
| **Amends Claim No(s):** | | **Amended By Claim No:** | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 72** | | Admin | | |
| | **Creditor:** TSG DEVELOPMENTS INVESTMENTS INC DBA | Secured | | |
| | THE STRONACH GROUP | Priority | | |
| | C/O ROSENBERG MARTIN GREENBERG LLP | | | |
| | ATTN JOSH BRADLEY | Unsecured | $6,950.87 | |
| **Filed Date:** 01/25/2013 | 25 S CHARLES ST 21ST FL BALTIMORE MD 21201 | Total | $6,950.87 | |
| **Amends Claim No(s):** | | **Amended By Claim No:** | | |
| **Note:** | | | | |

| | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 15** | | Admin | | |
| | **Creditor:** TURF PARADISE | Secured | | |
| | 1501 W BELL RD | Priority | | |
| | PHOENIX AZ 85023 | Unsecured | $57,274.13 | |
| **Filed Date:** 10/02/2012 | | Total | $57,274.13 | |
| **Amends Claim No(s):** | | **Amended By Claim No:** | | |
| **Note:** | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | Claimed Debtor: | Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 24** | | | Admin | | $0.00 |
| | *Creditor:* | TURF PARADISE | Secured | | $0.00 |
| | | ATTN JESSE GERDUS | Priority | | $0.00 |
| | | 1501 W. BELL ROAD | Unsecured | $57,274.13 | $0.00 |
| ***Filed Date:*** | | PHOENIX AZ 85023 | Total | $57,274.13 | $0.00 |
| 11/30/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* Claim Withdrawn 06/03/13 (Docket #165) | | | | | |

| | Claimed Debtor: | Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 64** | | | Admin | | |
| | *Creditor:* | UNITED TOTE COMPANY | Secured | | |
| | | C/O WYATT TARRANT & COMBS LLP | Priority | | |
| | | ATTN DANIEL I WAXMAN | Unsecured | $35,075.04 | |
| | | 250 W MAIN ST STE 1600 | | | |
| ***Filed Date:*** | | LEXINGTON KY 40517 | Total | $35,075.04 | |
| 01/23/2013 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | Claimed Debtor: | Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 38** | | | Admin | | |
| | *Creditor:* | W.B. MASON CO., INC. | Secured | | |
| | | ATTN BRIAN CHARPENTIER | Priority | | |
| | | P.O. BOX 55840 | Unsecured | $19,783.40 | |
| ***Filed Date:*** | | BOSTON MA 02205-5840 | Total | $19,783.40 | |
| 12/14/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | Claimed Debtor: | Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 57** | | | Admin | | |
| | *Creditor:* | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | Secured | | |
| | | ATTN CARL H RIFINO, DIRECTOR OF PRACTICE SUPPORT | Priority | | |
| | | 125 BROAD ST | Unsecured | $4,416.66 | |
| ***Filed Date:*** | | NEW YORK NY 10004 | Total | $4,416.66 | |
| 01/17/2013 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | Claimed Debtor: | Suffolk Regional Off-Track Betting Corporation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 6** | | | Admin | | |
| | *Creditor:* | ZIA PARK | Secured | | |
| | | ATTN EDEN R BUCHER ESQUIRE | Priority | | |
| | | 3901 W MILLEN DR | Unsecured | $14,468.72 | |
| ***Filed Date:*** | | HOBBS NM 88240 | Total | $14,468.72 | |
| 06/21/2012 | | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

**General Bar Date: 01/25/13**

| | Claimed Debtor: **Suffolk Regional Off-Track Betting Corporation** | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 33** | | Admin | | $0.00 |
| | *Creditor:*    ZIA PARK | Secured | | $0.00 |
| | ATTN EDEN R BUCHER, ESQ | Priority | | $0.00 |
| | 3901 W MILLEN DR | Unsecured | $14,468.72 | $0.00 |
| | HOBBS NM 88240 | | | |
| ***Filed Date:*** | | Total | $14,468.72 | $0.00 |
| 06/21/2012 | | | | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:*   Claim Withdrawn 06/03/13 (Docket #167)