# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | | | | |
|---|---|---|---|---|
| **Claim # 1** | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | **Class** | **Amount Claimed** | **Amount Allowed** |
| | *Creditor:* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | Admin | | |
| | | Secured | | |
| | | Priority | $87,911.87 | |
| *Filed Date:* 06/06/2012 | | Unsecured | | |
| | | Total | $87,911.87 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* 85 | | |
| *Note:* | | | | |

| | | | | |
|---|---|---|---|---|
| **Claim # 2** | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | **Class** | **Amount Claimed** | **Amount Allowed** |
| | *Creditor:* G E RICHARDS GRAPHIC SUPPLIES OF NEW JERSEY INC C/O HARTMAN UNDERHILL & BRUBAKER LLP ATTN ROBERT W PONTZ ESQUIRE 221 E CHESTNUT ST LANCASTER PA 17602 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/20/2012 | | Unsecured | $5,917.72 | |
| | | Total | $5,917.72 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* | | | | |

| | | | | |
|---|---|---|---|---|
| **Claim # 3** | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | **Class** | **Amount Claimed** | **Amount Allowed** |
| | *Creditor:* CHARLES TOWN PARK ATTN EDEN R BUCHER ESQUIRE 2755 CENTURY BLVD WYOMISSING PA 19610 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/21/2012 | | Unsecured | $27,806.37 | |
| | | Total | $27,806.37 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* 84 | | |
| *Note:* | | | | |

| | | | | |
|---|---|---|---|---|
| **Claim # 4** | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | **Class** | **Amount Claimed** | **Amount Allowed** |
| | *Creditor:* MOUNTAINEER PARK INC D/B/A MOUNTAINEER CASINO RACETRACK & RESORT ATTN LEGAL PO BOX 358 CHESTER WV 26034 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/15/2012 | | Unsecured | $7,071.08 | |
| | | Total | $7,071.08 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* | | | | |

| | | | | |
|---|---|---|---|---|
| **Claim # 5** | *Claimed Debtor:* **Suffolk Regional Off-Track Betting Corporation** | **Class** | **Amount Claimed** | **Amount Allowed** |
| | *Creditor:* PENN NATIONAL PARK ATTN EDEN R BUCHER ESQUIRE 2755 CENTURY BLVD WYOMISSING PA 19610 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| *Filed Date:* 06/21/2012 | | Unsecured | $18,767.26 | |
| | | Total | $18,767.26 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | | | |
|---|---|---|---|
| **Claim # 6** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* ZIA PARK<br>ATTN EDEN R BUCHER ESQUIRE<br>3901 W MILLEN DR<br>HOBBS NM 88240 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed** / / / / $14,468.72 / $14,468.72 — **Amount Allowed** |
| *Filed Date:* 06/21/2012 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |
| *Note:* | | | |

**Claim # 6**
- *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
- *Creditor:* ZIA PARK, ATTN EDEN R BUCHER ESQUIRE, 3901 W MILLEN DR, HOBBS NM 88240
- *Filed Date:* 06/21/2012
- Unsecured: $14,468.72
- Total: $14,468.72

**Claim # 7**
- *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
- *Creditor:* BEULAH PARK, ATTN EDEN R BUCHER ESQUIRE, 3811 SOUTHWEST BLVD, GROVE CITY OH 43123
- *Filed Date:* 06/21/2012
- Unsecured: $53,403.37
- Total: $53,403.37

**Claim # 8**
- *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
- *Creditor:* OK SAL REALTY INC, C/O MEHDI AFATI, 27 MELROSE RD, DIX HILLS NY 11746
- *Filed Date:* 06/25/2012
- Unsecured: $38,925.00
- Total: $38,925.00

**Claim # 9**
- *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
- *Creditor:* DEPARTMENT OF THE TREASURY - IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA PA 19101-7346
- *Filed Date:* 07/10/2012
- Priority: $38.40
- Unsecured: $3,885.60
- Total: $3,924.00

**Claim # 10**
- *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
- *Creditor:* MAPLE HOLLOW NURSERY INC, ATTN MR KENNETH LARSON, 11 CATALPA DR, EAST NORTHPOINT NY 11731
- *Filed Date:* 08/02/2012
- Unsecured: $23,075.00
- Total: $23,075.00

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| Claim | Claimed Debtor / Creditor | Filed Date | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| Claim # 11 | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation<br>Creditor: THISTLEDOWN RACETRACK<br>ATTN ROBERT G AISENSTEIN, ESQ<br>21501 EMERY RD<br>NORTH RANDALL OH 44128 | 08/11/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$47,391.04<br>$47,391.04 | <br><br><br><br> |
| | Amends Claim No(s): | | Amended By Claim No: | | |
| | Note: | | | | |
| Claim # 12 | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation<br>Creditor: THISTLEDOWN RACETRACK<br>ATTN: ROBERT G AISENSTEIN, ESQ<br>21501 EMERY RD<br>NORTH RANDALL OH 44128 | 08/23/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$47,391.04<br>$47,391.04 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| | Amends Claim No(s): | | Amended By Claim No: | | |
| | Note: Claim Withdrawn 06/26/13 (Docket #176) | | | | |
| Claim # 13 | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation<br>Creditor: CHESTER DOWNS & MARINA LLC<br>DBA HARRAH'S PHILADELPHIA<br>ATTN ROBERT G AISENSTEIN ESQ<br>777 HARRAH'S BLVD<br>CHESTER PA 19013 | 08/27/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$29,013.86<br>$29,013.86 | <br><br><br><br> |
| | Amends Claim No(s): | | Amended By Claim No: | | |
| | Note: | | | | |
| Claim # 14 | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation<br>Creditor: FLEETCOR TECHNOLOGIES<br>555 E AIRTEX DR<br>HOUSTON TX 77073 | 09/05/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$10,514.96<br>$10,514.96 | <br><br><br><br> |
| | Amends Claim No(s): | | Amended By Claim No: | | |
| | Note: | | | | |
| Claim # 15 | Claimed Debtor: Suffolk Regional Off-Track Betting Corporation<br>Creditor: TURF PARADISE<br>1501 W BELL RD<br>PHOENIX AZ 85023 | 10/02/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$57,274.13<br>$57,274.13 | <br><br><br><br> |
| | Amends Claim No(s): | | Amended By Claim No: | | |
| | Note: | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | | | |
|---|---|---|---|
| **Claim # 16** *Filed Date:* 10/11/2012 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN<br>STATE OFFICE BUILDING CAMPUS<br>BLDG 12, RM 256<br>ALBANY NY 12240 | **Class**<br>Admin<br>Secured<br>Priority<br>Unsecured<br>Total | **Amount Claimed**<br><br><br>$9,629.10<br><br>$9,629.10 / **Amount Allowed** $0.00 / $0.00 / $0.00 / $0.00 / $0.00 |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:* Claim Withdrawn 06/18/13 (Docket #186)

---

**Claim # 17** — *Filed Date:* 10/25/2012
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* KEYSPAN GAS EAST CORP DBA NATIONAL GRID
ATTN SUZANNE BRIENZA ESQ
15 PARK DR
MELVILLE NY 11747

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $35,004.93 | |
| Total | $35,004.93 | |

*Amends Claim No(s):*  *Amended By Claim No:*
*Note:*

---

**Claim # 18** — *Filed Date:* 10/25/2012
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* LONG ISLAND LIGHTING COMPANY DBA LIPA
ATTN SUZANNE BRIENZA ESQ
15 PARK DR
MELVILLE NY 11747

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $53,897.59 | |
| Total | $53,897.59 | |

*Amends Claim No(s):*  *Amended By Claim No:*
*Note:*

---

**Claim # 19** — *Filed Date:* 11/09/2012
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* NEW YORK COMMERCIAL BANK
C/O CULLEN AND DYKMAN LLP
ATTN MATTHEW ROSEMAN ESQ
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY NY 11530-4850

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $5,167,005.90 | |
| Priority | | |
| Unsecured | | |
| Total | $5,167,005.90 | |

*Amends Claim No(s):*  *Amended By Claim No:*
*Note:*

---

**Claim # 20** — *Filed Date:* 11/17/2012
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* ROBERTS COMMUNICATIONS NETWORK LLC
4175 CAMERON ST STE B-10
LAS VEGAS NV 89103

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $58,009.46 | |
| Total | $58,009.46 | |

*Amends Claim No(s):*  *Amended By Claim No:*
*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

---

**Claim # 21**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* NORTHFIELD PARK ASSOCIATES
10705 NORTHFIELD RD
PO BOX 374
NORTHFIELD OH 44067

*Filed Date:* 11/26/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $10,495.32 | |
| Total | $10,495.32 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 22**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* NEW YORK COMMERCIAL BANK
C/O CULLEN AND DYKMAN LLP
ATTN MATTHEW ROSEMAN ESQ
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY NY 11530-4850

*Filed Date:* 11/28/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | $5,167,005.90 | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $5,167,005.90 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 05/28/13 (Docket #162)

---

**Claim # 23**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* PLAINRIDGE RACECOURSE
301 WASINGTON STREET
PLAINVILLE MA 02762

*Filed Date:* 11/29/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $15,484.11 | $0.00 |
| Total | $15,484.11 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 03/31/15 (Docket #349)

---

**Claim # 24**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* TURF PARADISE
ATTN JESSE GERDUS
1501 W. BELL ROAD
PHOENIX AZ 85023

*Filed Date:* 11/30/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $57,274.13 | $0.00 |
| Total | $57,274.13 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 06/03/13 (Docket #165)

---

**Claim # 25**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* ALL AMERICAN MOBIL/GOODYEAR
ATTN TIM KIRCHNER
700 MOTOR PARKWAY
HAUPPAUGE NY 11788

*Filed Date:* 11/30/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $4,635.68 | |
| Total | $4,635.68 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
# Claims Register Report

**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| Claim | Claimed Debtor / Creditor | Filed Date | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 26** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* SUNLAND PARK RACETRACK AND CASINO<br>RE: SUNLAND PARK<br>1200 FUTURITY DRIVE<br>SUNLAND PARK NM 88063 | 12/03/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$45,606.14<br>$45,606.14 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| **Claim # 27** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* HARRAH'S BOSSIER CITY MANAGEMENT COMPANY LLC<br>DBA LOUISIANA DOWNS<br>C/O ROBERT G AISENSTEIN, ESQ<br>8000 E TEXAS ST<br>BOSSIER CITY LA 71111 | 12/10/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$33,033.61<br>$33,033.61 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| **Claim # 28** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* JOSEPH LUPOLI<br>C/O ROSENBERG & GLUCK LLP<br>ATTN MICHAEL BUFFA, ESQ.<br>1176 PORTION ROAD<br>HOLTSVILLE NY 11742 | 12/11/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$1,000,000.00<br>$1,000,000.00 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* Claim Withdrawn 08/16/13 (Docket #189) | | | | | |
| **Claim # 29** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* HAWTHORNE RACE COURSE<br>3501 SOUTH LARAMIE AVE<br>CICERO IL 60804 | 12/12/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$54,993.82<br>$54,993.82 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| **Claim # 30** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* FINGER LAKES RACING ASSOCIATION INC<br>C/O DUBIN & DUBIN LLP<br>ATTN MARVIN T DUBIN, ESQ<br>14 LAFAYETTE SQ STE 600<br>BUFFALO NY 14203 | 12/12/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$491,907.54<br>$491,907.54 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

---

**Claim # 31**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* THE MEADOWS RACETRACK & CASINO
210 RACETRACK RD
WASHINGTON PA 15301

*Filed Date:* 12/12/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $6,590.87 | |
| Total | $6,590.87 | |

*Amends Claim No(s):*         *Amended By Claim No:*

*Note:*

---

**Claim # 32**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* PENN NATIONAL PARK
ATTN EDEN R BUCHER, ESQ
2755 CENTURY BLVD
WYOMISSING PA 19610

*Filed Date:* 06/21/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $18,767.26 | $0.00 |
| Total | $18,767.26 | $0.00 |

*Amends Claim No(s):*         *Amended By Claim No:*

*Note:* Claim Withdrawn 06/03/13 (Docket #166)

---

**Claim # 33**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* ZIA PARK
ATTN EDEN R BUCHER, ESQ
3901 W MILLEN DR
HOBBS NM 88240

*Filed Date:* 06/21/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $14,468.72 | $0.00 |
| Total | $14,468.72 | $0.00 |

*Amends Claim No(s):*         *Amended By Claim No:*

*Note:* Claim Withdrawn 06/03/13 (Docket #167)

---

**Claim # 34**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* BEULAH PARK
ATTN EDEN R BUCHER, ESQ
3811 SOUTHWEST BLVD
GROVE CITY OH 43123

*Filed Date:* 06/21/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $53,403.37 | $0.00 |
| Total | $53,403.37 | $0.00 |

*Amends Claim No(s):*         *Amended By Claim No:*

*Note:* Claim Withdrawn 06/03/13 (Docket #168)

---

**Claim # 35**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* CHARLES TOWN PARK
ATTN EDEN R BUCHER, ESQ
2755 CENTURY BVLD
WYOMISSING PA 19610

*Filed Date:* 06/21/2012

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $27,806.37 | $0.00 |
| Total | $27,806.37 | $0.00 |

*Amends Claim No(s):*         *Amended By Claim No:*

*Note:* Claim Withdrawn 06/03/13 (Docket #169)

# U.S. Bankruptcy Court - Eastern District of New York
# Claims Register Report

**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| | | | | |
|---|---|---|---|---|
| **Claim # 36** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | **Class** | **Amount Claimed** | **Amount Allowed** |
| | | Admin | | $0.00 |
| | *Creditor:* MOUNTAINEER PARK INC | Secured | | $0.00 |
| | DBA MOUNTAINEER CASINO RACETRACK & RESORT | Priority | | $0.00 |
| | ATTN LEGAL PO BOX 358 | Unsecured | $7,071.08 | $0.00 |
| *Filed Date:* 06/15/2012 | CHESTER WV 26034 | Total | $7,071.08 | $0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 06/26/13 (Docket #174)

| | | | | |
|---|---|---|---|---|
| **Claim # 37** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | **Class** | **Amount Claimed** | **Amount Allowed** |
| | | Admin | | |
| | *Creditor:* HOLLYWOOD PARK | Secured | | |
| | 1050 S. PRAIRIE AVENUE | Priority | | |
| | INGLEWOOD CA 90301 | Unsecured | $13,678.00 | |
| *Filed Date:* 12/14/2012 | | Total | $13,678.00 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | | |
|---|---|---|---|---|
| **Claim # 38** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | **Class** | **Amount Claimed** | **Amount Allowed** |
| | | Admin | | |
| | *Creditor:* W.B. MASON CO., INC. | Secured | | |
| | ATTN BRIAN CHARPENTIER | Priority | | |
| | P.O. BOX 55840 BOSTON MA 02205-5840 | Unsecured | $19,783.40 | |
| *Filed Date:* 12/14/2012 | | Total | $19,783.40 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

| | | | | |
|---|---|---|---|---|
| **Claim # 39** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | **Class** | **Amount Claimed** | **Amount Allowed** |
| | | Admin | | $0.00 |
| | *Creditor:* RONGRANT ASSOCIATES, LLC | Secured | | $0.00 |
| | ATTN: PAUL A. BREGMAN 225 EXECUTIVE DR | Priority | | $0.00 |
| | SUITE 302 PLAINVIEW NY 11803 | Unsecured | $160,316.06 | $0.00 |
| *Filed Date:* 12/15/2012 | | Total | $160,316.06 | $0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:* Claim Withdrawn 05/30/13 (Docket #164)

| | | | | |
|---|---|---|---|---|
| **Claim # 40** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | **Class** | **Amount Claimed** | **Amount Allowed** |
| | | Admin | | |
| | *Creditor:* SARATOGA HARNESS RACING, INC. | Secured | | |
| | P.O. BOX 356 | Priority | | |
| | SARATOGA SPRINGS NY 12866 | Unsecured | $5,160.31 | |
| *Filed Date:* 12/18/2012 | | Total | $5,160.31 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| Claim | Claimed Debtor / Creditor | Filed Date | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| Claim # 41 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* MONMOUTH<br>50 STATE RT 120<br>EAST RUTHERFORD NJ 07073 | 12/18/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$1,919.80<br>$1,919.80 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 42 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* NEW YORK STATE DEPT OF CIVIL SERVICE<br>C/O NYS OFFICE OF THE ATTORNEY GENERAL<br>ATTN ENID NAGLER STUART<br>120 BROADWAY 24TH FL<br>NEW YORK NY 10271 | 12/19/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$489,880.05<br>$489,880.05 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 43 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* 6243 JERICHO REALTY CORP.<br>1762 CEDAR SWAMP RD.<br>BROOKVILLE NY 11545 | 12/20/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$5,926.87<br>$5,926.87 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 44 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* EAST ISLIP LUMBER COMPANY, INC.<br>33 WALL ST<br>EAST ISLIP NY 11730 | 12/24/2012 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$49.07<br>$49.07 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 45 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* SHERWOOD 110 CORP.<br>2580 HEMPSTEAD TPKE<br>EAST MEADOW NY 11554 | 01/02/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$31,437.00 (Unliquidated)<br>$31,437.00 (Unliquidated) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* Claim Withdrawn 02/25/15 (Docket #342) | | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

---

**Claim # 46**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE  
BANKRUPTCY SECTION  
PO BOX 5300  
ALBANY NY 12205-0300

*Filed Date:* 01/02/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | $113,341.22 (Unliquidated) | |
| Unsecured | $7,603.00 (Unliquidated) | |
| Total | $120,944.22 (Unliquidated) | |

*Amends Claim No(s):*   *Amended By Claim No:* 85

*Note:*

---

**Claim # 47**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* REQUERDO CO  
C/O SOMER & HELLER LLP  
2171 JERICHO TURNPIKE STE 350  
COMMACK NY 11725

*Filed Date:* 01/04/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $72,699.24 (Unliquidated) | |
| Total | $72,699.24 (Unliquidated) | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 48**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* NEW YORK STATE AND LOCAL RETIREMENT SYSTEM  
C/O NYS OFFICE OF THE ATTORNEY GENERAL  
ATTN ENID NAGLER STUART  
110 STATE STREET  
ALBANY NY 12244-0001

*Filed Date:* 01/08/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $2,823,044.00 | |
| Total | $2,823,044.00 | |

*Amends Claim No(s):*   *Amended By Claim No:* 58

*Note:*

---

**Claim # 49**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* TEAMSTERS UNION LOCAL 237  
INTERNATIONAL BROTHERHOOD OF TEAMSTERS  
C/O COHEN WEISS & SIMON LLP  
ATTN RICHARD M SELTZER  
330 W 42ND ST  
NEW YORK NY 10036

*Filed Date:* 01/14/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | Unliquidated | |
| Total | Unliquidated | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 50**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* EVANGELINE DOWNS  
ATTN DEL PERRY  
2235 CRESWELL LANE EXT.  
OPELOUSAS LA 70570

*Filed Date:* 01/14/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $11,592.05 | |
| Total | $11,592.05 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

---

**Claim # 51**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* PRECISION ENVELOPE & PRINTING  
ATTN GIL COLOMBO  
11 SAGAMORE RD.  
EAST NORWICH NY 11732

*Filed Date:* 01/14/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $3,286.60 | |
| Total | $3,286.60 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 52**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* JOAN BOHN  
4731 LINCOLN LANE WEST  
ESTERO FL 33928

*Filed Date:* 01/14/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $20,000.00 | |
| Total | $20,000.00 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 53**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* ELLIS PARK RACECOURSE INC  
C/O WYATT TARRANT & COMBS LLP  
ATTN DANIEL I WAXMAN  
250 W MAIN ST STE 1600  
LEXINGTON KY 40507

*Filed Date:* 01/16/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | $11,826.46 | |
| Secured | | |
| Priority | | |
| Unsecured | $7,810.37 | |
| Total | $19,636.83 | |

*Amends Claim No(s):*   *Amended By Claim No:* 88

*Note:*

---

**Claim # 54**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* DAILY RACING FORM  
800 CORPORATE CIRCLE, SUITE 201  
HARRISBURG PA 17110

*Filed Date:* 01/16/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $173,101.20 | |
| Total | $173,101.20 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 55**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* LAUREL/MARYLAND JOCKEY CLUB  
P.O. BOX 130  
LAUREL MD 20725

*Filed Date:* 01/16/2013

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $16,808.87 | $0.00 |
| Total | $16,808.87 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 07/31/13 (Docket #183)

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| | | | |
|---|---|---|---|
| **Claim # 56** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* PIMLICO<br>P.O. BOX 130<br>LAUREL MD 20725 | **Class** | **Amount Claimed** | **Amount Allowed** |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $3,489.88 | $0.00 |
| Total | $3,489.88 | $0.00 |

*Filed Date:* 01/16/2013

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 07/31/13 (Docket #182)

---

**Claim # 57**
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
ATTN CARL H RIFINO, DIRECTOR OF PRACTICE SUPPORT
125 BROAD ST
NEW YORK NY 10004

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $4,416.66 | |
| Total | $4,416.66 | |

*Filed Date:* 01/17/2013

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 58**
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* NEW YORK STATE AND LOCAL RETIREMENT SYSTEM
C/O NYS OFFICE OF THE ATTORNEY GENERAL
ATTN ENID NAGLER STUART
110 STATE STREET
ALBANY NY 12244-0001

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $3,698,089.00 | $3,510,386.00 |
| Total | $3,698,089.00 | $3,510,386.00 |

*Filed Date:* 01/18/2013

*Amends Claim No(s):* 48   *Amended By Claim No:*

*Note:* Allowed By Court Order Dated 03/16/15 (Docket #346)

---

**Claim # 59**
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* THE NEW YORK RACING ASSOCIATION INC
C/O AQUEDUCT RACETRACK
ATTN PASQUALE VISCUSI ESQ
PO BOX 90
JAMAICA NY 11417

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $3,159,029.00 | |
| Total | $3,159,029.00 | |

*Filed Date:* 01/18/2013

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 60**
*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation
*Creditor:* ALL AMERICAN HARDWARE
678 MOTOR PKWY
HAUPPAUGE NY 11788

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $647.44 | |
| Total | $647.44 | |

*Filed Date:* 01/19/2013

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| Claim # 61 | | | |
|---|---|---|---|
| *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| *Creditor:* LOCAL 237 TEAMSTERS-SUFFOLK REGIONAL OFF-TRACK BETTING CORP HEALTH & WELFARE TRUST FUND DBA TEAMSTERS LOCAL 237 SUFFOLK REGIONAL ET AL ATTN RON GERMANA 216 W 14TH ST NEW YORK NY 10011 | | | |
| *Filed Date:* 01/21/2013 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $69,706.28 | |
| Total | $69,706.28 | |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:*

---

| Claim # 62 | | | |
|---|---|---|---|
| *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| *Creditor:* HEARTLAND ASSOCIATES LLC 1 EXECUTIVE DR EDGEWOOD NY 11717 | | | |
| *Filed Date:* 01/22/2013 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | $217,010.13 (Unliquidated) | |
| Secured | | |
| Priority | | |
| Unsecured | $91,211.22 | |
| Total | $308,221.35 (Unliquidated) | |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:*

---

| Claim # 63 | | | |
|---|---|---|---|
| *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| *Creditor:* CHURCHILL DOWNS INCORPORATED C/O WYATT TARRANT & COMBS LLP ATTN DANIEL I WAXMAN 250 W MAIN ST STE 1600 LEXINGTON KY 40517 | | | |
| *Filed Date:* 01/23/2013 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $18,779.02 | |
| Total | $18,779.02 | |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:*

---

| Claim # 64 | | | |
|---|---|---|---|
| *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| *Creditor:* UNITED TOTE COMPANY C/O WYATT TARRANT & COMBS LLP ATTN DANIEL I WAXMAN 250 W MAIN ST STE 1600 LEXINGTON KY 40517 | | | |
| *Filed Date:* 01/23/2013 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $35,075.04 | |
| Total | $35,075.04 | |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:*

---

| Claim # 65 | | | |
|---|---|---|---|
| *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | | |
| *Creditor:* RONGRANT ASSOCIATES LLC C/O WILK AUSLANDER LLP ATTN ERIC J SNYDER ESQ 1515 BROADWAY 43RD FL NEW YORK NY 10036 | | | |
| *Filed Date:* 01/23/2013 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $161,422.19 | |
| Total | $161,422.19 | |

*Amends Claim No(s):*  *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| Claim | Claimed Debtor / Creditor | Filed Date | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| Claim # 66 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* PPI INC<br>POMPANO PARKING RACING & CASINO<br>ATTN KATHLEEN J TERREU PMW ACCOUNTING MANAGER<br>1800 SW THIRD ST<br>POMPANO BEACH FL 33069 | 01/24/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$4,465.29<br>$4,465.29 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 67 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* FREEHOLD RACEWAY<br>C/O DILWORTH PAXSON LLP<br>ATTN MARTIN J WEIS ESQUIRE<br>1500 MARKET ST 1500E<br>PHILADELPHIA PA 19102 | 01/24/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$11,367.65<br>$11,367.65 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 68 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* PARX RACING<br>C/O DILWORTH PAXSON LLP<br>ATTN MARTIN J WEIS ESQUIRE<br>1500 MARKET ST 1500E<br>PHILADELPHIA PA 19102 | 01/24/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$104,695.80<br>$104,695.80 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 69 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* STEWART AVENUE ASSOCIATES LLC<br>C/O CERTILMAN BALIN ADLER & HYMAN LLP<br>ATTN RICHARD J MCCORD ESQ<br>90 MERRICK AVE<br>EAST MEADOW NY 11554 | 01/25/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$261,864.31 (Unliquidated)<br>$261,864.31 (Unliquidated) | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |
| Claim # 70 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* STEWART AVENUE ASSOCIATES LLC<br>C/O CERTILMAN BALIN ADLER & HYMAN LLP<br>ATTN RICHARD J MCCORD ESQ<br>90 MERRICK AVE<br>EAST MEADOW NY 11554 | 01/25/2013 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$435,274.10<br>$435,274.10 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

General Bar Date: 01/25/13

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 71** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* | SPORTECH RACING LLC<br>C/O CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO<br>5 BECKER FARM RD<br>ROSELAND  NJ 07068 | Secured | | |
| | | | Priority | | |
| *Filed Date:*<br>01/25/2013 | | | Unsecured | $237,382.92  (Unliquidated) | |
| | | | Total | $237,382.92  (Unliquidated) | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 72** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* | TSG DEVELOPMENTS INVESTMENTS INC DBA<br>THE STRONACH GROUP<br>C/O ROSENBERG MARTIN GREENBERG LLP<br>ATTN JOSH BRADLEY<br>25 S CHARLES ST 21ST FL<br>BALTIMORE MD 21201 | Secured | | |
| | | | Priority | | |
| *Filed Date:*<br>01/25/2013 | | | Unsecured | $6,950.87 | |
| | | | Total | $6,950.87 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 73** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* | TSG DEVELOPMENTS INVESTMENTS INC DBA<br>THE STRONACH GROUP<br>C/O ROSENBERG MARTIN GREENBERG LLP<br>ATTN JOSH BRADLEY<br>25 S CHARLES ST 21ST FL<br>BALTIMORE MD 21201 | Secured | | |
| | | | Priority | | |
| *Filed Date:*<br>01/25/2013 | | | Unsecured | $9,736.87 | |
| | | | Total | $9,736.87 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 74** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | |
| | *Creditor:* | TSG DEVELOPMENTS INVESTMENTS INC DBA<br>THE STRONACH GROUP<br>C/O ROSENBERG MARTIN GREENBERG LLP<br>ATTN JOSH BRADLEY<br>25 S CHARLES ST 21ST FL<br>BALTIMORE MD 21201 | Secured | | |
| | | | Priority | | |
| *Filed Date:*<br>01/25/2013 | | | Unsecured | $111,538.28 | |
| | | | Total | $111,538.28 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| **Claim # 75** | *Claimed Debtor:* | Suffolk Regional Off-Track Betting Corporation | Admin | | $0.00 |
| | *Creditor:* | BALMORAL PARK<br>8600 W. NORTH AVE<br>MELROSE PARK IL 60160 | Secured | | $0.00 |
| | | | Priority | | $0.00 |
| *Filed Date:*<br>01/25/2013 | | | Unsecured | $18,667.27 | |
| | | | Total | $18,667.27 | $0.00 |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* Claim Withdrawn 08/16/13 (Docket #188); filed POC# 75 in the amount of $18,667.27 withdrawn; scheduled claim of $15,962.86 survives. | | | | | |

Case 1-12-43503-ast    Doc 875-1    Filed 05/27/21    Entered 05/27/21 11:47:38

BNK01
BNK01010

Page 16 of 19
06-Apr-21  4:10 PM

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation
General Bar Date: 01/25/13

| Claim | Claimed Debtor / Creditor | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 76**<br>*Filed Date:*<br>01/25/2013 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* MAYWOOD<br>8600 W. NORTH AVE<br>MELROSE PARK IL 60160 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$33,593.64<br>$33,593.64 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |
| **Claim # 77**<br>*Filed Date:*<br>02/12/2013 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* BLACK BOX NETWORK SERVICES<br>21398 NETWORK PLACE<br>CHICAGO IL 60673 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$2,089.50<br>$2,089.50 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |
| **Claim # 78**<br>*Filed Date:*<br>12/11/2012 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* HARRAH'S BOSSIER CITY MANAGEMENT COMPANY LLC<br>DBA LOUISIANA DOWNS<br>C/O ROBERT G AISENSTEIN ESQ<br>8000 E TEXAS ST<br>BOSSIER CITY LA 71111 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$33,033.61<br>$33,033.61 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* Claim Withdrawn 06/26/13 (Docket #175) | | | | |
| **Claim # 79**<br>*Filed Date:*<br>12/07/2012 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* OFFICE DEPOT<br>6600 N MILITARY TRAIL - S416A<br>BOCA RATON FL 33496 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$1,048.24<br>$1,048.24 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |
| **Claim # 80**<br>*Filed Date:*<br>12/07/2012 | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation<br>*Creditor:* OFFICE DEPOT<br>6600 N MILITARY TRAIL - S416A<br>BOCA RATON FL 33496 | Admin<br>Secured<br>Priority<br>Unsecured<br>Total | <br><br><br>$1,793.28<br>$1,793.28 | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | |

## U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report

**12-43503 Suffolk Regional Off-Track Betting Corporation**

General Bar Date: 01/25/13

| | | | |
|---|---|---|---|
| **Claim # 81** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed**<br><br><br>$98,131.12<br>$3,243.54<br>$101,374.66 | **Amount Allowed** |
| *Filed Date:* 04/29/2013 | | | |

*Amends Claim No(s):*   *Amended By Claim No:* 85

*Note:*

| | | | |
|---|---|---|---|
| **Claim # 82** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed**<br><br><br>$87,876.22<br>$1,987.67<br>$89,863.89 | **Amount Allowed** |
| *Filed Date:* 05/02/2013 | | | |

*Amends Claim No(s):*   *Amended By Claim No:* 85

*Note:*

| | | | |
|---|---|---|---|
| **Claim # 83** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* CHARLES TOWN PARK<br>ATTN EDEN R BUCHER, ESQ<br>2755 CENTURY BLVD<br>WYOMISSING PA 19610 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed**<br><br><br><br>$22,533.30<br>$22,533.30 | **Amount Allowed**<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| *Filed Date:* 08/16/2013 | | | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn (Docket #191)

| | | | |
|---|---|---|---|
| **Claim # 84** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* CHARLES TOWN PARK<br>ATTN EDEN R BUCHER, ESQ<br>2755 CENTURY BLVD<br>WYOMISSING PA 19610 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed**<br><br><br><br>$22,533.30<br>$22,533.30 | **Amount Allowed** |
| *Filed Date:* 08/27/2013 | | | |

*Amends Claim No(s):* 3   *Amended By Claim No:*

*Note:*

| | | | |
|---|---|---|---|
| **Claim # 85** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | | |
| | *Creditor:* NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed**<br><br><br>$87,888.92<br>$8,083.22<br>$95,972.14 | **Amount Allowed** |
| *Filed Date:* 12/16/2013 | | | |

*Amends Claim No(s):* 1, 46, 81, 82   *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
## Claims Register Report
### 12-43503 Suffolk Regional Off-Track Betting Corporation

**General Bar Date: 01/25/13**

---

**Claim # 86**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* PRECISION ENVELOPE & PRINTING
ATTN GIL COLUMBO
11 SAGAMORE RD
EAST NORWICH NY 11732

*Filed Date:* 03/01/2014

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $3,286.60 | |
| Total | $3,286.60 | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

---

**Claim # 87**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* STATE OF NEW YORK DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W AVERELL HARRIMAN
STATE OFFICE BUILDING CAMPUS
BUILDING 12 ROOM 256
ALBANY NY 12240

*Filed Date:* 08/13/2014

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | $940.50 | $0.00 |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $940.50 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:* Claim Withdrawn 02/17/15 (Docket #341)

---

**Claim # 88**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* ELLIS PARK RACECOURSE LLC
C/O WYATT TARRANT & COMBS LLP
ATTN DANIEL I WAXMAN
250 W MAIN ST STE 1600
LEXINGTON KY 40507

*Filed Date:* 03/03/2015

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | $19,636.83 | |
| Total | $19,636.83 | |

*Amends Claim No(s):* 53   *Amended By Claim No:*

*Note:*

---

**Claim # 89**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* THE NEW YORK RACING ASSOCIATION INC (NYRA)
ATTN MR JOSEPH LAMBERT ESQ
GENERAL COUNSEL
PO BOX 90
JAMAICA NY 11417

*Filed Date:* 03/16/2015

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | $1,141,808.00 (Unliquidated) | |
| Secured | | |
| Priority | | |
| Unsecured | | |
| Total | $1,141,808.00 (Unliquidated) | |

*Amends Claim No(s):*   *Amended By Claim No:* 91

*Note:*

---

**Claim # 90**

*Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation

*Creditor:* MCKENNA LONG & ALDRIDGE LLP
ATTN CHRISTOPHER F GRAHAM, ESQ
230 PARK AVE STE 1700
NEW YORK NY 11201-1800

*Filed Date:* 03/17/2015

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | $1,500,000.00 (Unliquidated) | |
| Secured | | |
| Priority | | |
| Unsecured | | |
| Total | $1,500,000.00 (Unliquidated) | |

*Amends Claim No(s):*   *Amended By Claim No:*

*Note:*

# U.S. Bankruptcy Court - Eastern District of New York
# Claims Register Report

**12-43503 Suffolk Regional Off-Track Betting Corporation**

**General Bar Date: 01/25/13**

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim # 91** | *Claimed Debtor:* Suffolk Regional Off-Track Betting Corporation | Admin | $771,808.00 (Unliquidated) | |
| | *Creditor:* NEW YORK RACING ASSOCIATION INC<br>C/O MR JOSEPH LAMBERT ESQ<br>GENERAL COUNSEL<br>110-00 ROCKAWAY BLVD<br>JAMAICA NY 11417 | Secured | | |
| | | Priority | | |
| *Filed Date:* 03/19/2015 | | Unsecured | | |
| | | Total | $771,808.00 (Unliquidated) | |
| | *Amends Claim No(s):* 89 | *Amended By Claim No:* | | |
| *Note:* | | | | |